# EXHIBIT B

## PROMISSORY NOTE

Amount: $16,000,000.00

Date: June 8th, 2020
Schaumburg, Illinois

**FOR VALUE RECEIVED**, Justin A. Parker ("**Payor**"), whose business address is 931 N. Plum Grove Road, Schaumburg, IL 60173, promises to pay to the order of Shawn Parker ("**Payee**"), whose home address is 23650 Via Veneto Blvd. #2101 Bonita Springs, Florida 34134, at such place as Payee may designate in writing from time to time, the principal sum of $16,000,000 and 00/100 Dollars ($16,000,000.00), plus interest as provided in this Promissory Note ("**Note**"), as may be adjusted pursuant to the attrition clause ("Attrition Clause") of the Practice Purchase Agreement dated June __, 2020 (the "Practice Purchase Agreement"), in lawful money of the United States of America (the principal sum plus the accrued interest, collectively, the ("**Indebtedness**").

In the event either the Attrition Clause or a breach of the Consulting Agreement reduces the Purchase Price, Payor and Payee agree to amend and restate this Promissory Note to reflect the reduced Indebtedness. In the event either the Attrition Clause or a breach of the Consulting Agreement adjusts the Indebtedness, the term of this Note shall remain the same but the monthly payments shall be reduced.

1.      Interest. Interest will be charged on that part, or any part thereof, of the outstanding principal which has not been paid beginning on the Closing Date and continuing until the full amount of principal has been paid. The Payor will pay interest at the rate of Three and 00/100 percent (3.00%) per annum ("**Interest Rate**"), calculated based on a standard interest calculation assuming each month has thirty (30) days and each year has three hundred sixty (360) days.

2.      Payments.

a.      Time of Payments. On January 1, 2021 the Payor shall pay all accrued interest from June 8, 2020 in one lump sum payment. The Payor shall make payments in successive, equal monthly installments commencing January 1, 2021, and continuing on the first (1st) day of each month thereafter and a final payment on 01/1/2031, which is the "**Final Payment Date.**" The undersigned will pay all sums owed under this Promissory Note including all outstanding principal, accrued interest and any other charges described below no later than the Final Payment Date.

b.      Amount of Payments. Maker shall make equal monthly payments of principal and interest based on the attached amortization schedule.

c.      Prepayment. Maker may prepay all or any part of the principal or the accured interest of this Promissory Note at any time, without penalty.

d.      Payment to Successor(s). Unless previously assigned, in the event of Payee's death prior to full payment of the obligations of this Promissory Note,

1

2569004

Payor, upon presentation of Payee's death certificate and the written authorization of Payee's duly appointed personal representative, executor, or trustee, shall make payments as directed by Payee's duly appointed personal representative, executor, or trustee. Payee's payments made in reliance upon any affidavit, certificate, letter, or other direction by Payee's duly appointed personal representative, executor, or trustee shall discharge the Payee of all liability related to such payments.

3.      Acceleration.  Upon any Default (defined herein) by Payor, the outstanding principal balance and all accrued interest shall accelerate and become due, and the amount of such principal, until paid in full, shall bear interest for the entire period during which the Default is not cured at the rate of Eight and 00/100 percent (8.00%) per annum ("**Default Rate**"), calculated based on a standard interest calculation assuming each month has thirty (30) days and each year has three hundred sixty (360) days.

4.      No Usury.  In no event shall the Interest Rate charged or received under this Note at any time exceed the maximum interest rate permitted under applicable law.  Payments received by Payee under this Note which would otherwise cause the Interest Rate to exceed such maximum interest rate shall, to the extent of such excess, be deemed prepayments of principal and applied as such as provided in this Note.  If Payee reasonably determines that the legal authority to charge the Interest Rate has been adjudicated to be usurious or otherwise limited by statute, then the unpaid principal balance of this Note, with any accrued interest thereon and thereafter at the highest legal rate then permitted to be charged by stipulation in writing between Payee and Payor, at the option of Payee, shall immediately become due and payable.  If there is a default, the Payor shall be responsible for all of Payee's reasonable attorney's fees to collect the unpaid balance.

5.      Default.  An "Event of Default" shall mean the actual occurrence of any of the following:

a.      Payor fails to pay any of the Indebtedness, by maturity, acceleration or otherwise, when due;

b.      Payor being adjudged bankrupt or insolvent, filing or consenting to the filing of a petition in bankruptcy under federal or state law, applying for or consenting to the appointment of a receiver for all or substantially all of its assets, or making a general assignment for the benefit of its creditors;

c.      Any judgment, levy, execution, attachment or other proceedings are commenced or obtained in connection with a judgment or otherwise against, or a receiver is appointed for Payor;

In the event Payor does not cure an Event of Default set forth in subsection (a) herein on or before the tenth (10th) business day after the date Payor receives written notice from Payee of such Event of Default, a "Default" shall be deemed to have occurred, and a Default shall be deemed to have occurred immediately upon the occurrence of an Event of Default set forth in subsections (b) through (c) herein.  Payor shall be deemed to have received written notice on the

2569004                                                    2

date such notice is delivered to Payor (i) on the day of actual transmission, when transmitted by facsimile with written confirmation of such transmittal, or (ii) on the next business day following actual transmission, when transmitted by an internationally recognized overnight courier, or (iii) on the third (3rd) business day following actual transmittal, when transmitted by certified mail, postage prepaid, return receipt requested. Any payment will be deemed to have been made (i) on the first day of actual receipt by Payee, if sent by messenger, or (ii) on the next business day following actual transmittal, when transmitted by an internationally recognized overnight courier, or (iii) on the third (3rd) business day following actual transmittal, when transmitted by certified mail, postage prepaid, return receipt requested; in each case, when transmitted to the relevant person and address designated by Payee.

Acceptance by Payee of any payment in an amount less than the amount then due shall be deemed an acceptance on account only, and the failure to pay the entire amount then due shall be and continue to be a Default.

6. _Waiver_. Payor hereby waives presentment for payment, demand, notice of non-payment (except notice, if any, required under the terms of this Note), notice of protest and protest of this Note, diligence in collection or bringing suit, and all endorsers, sureties and guarantors hereof consent to any and all extensions of time, renewals, waivers or modifications that may be granted by Payee with respect to payment or other provisions of this Note, and to the release of any collateral or any part of this Note, with or without substitution. The liability of Payor shall be absolute and unconditional, and the payment of any monies due and owing under the terms of this Note shall be made notwithstanding the existence of any alleged set-offs, counter-claims, or disputes of any nature claimed or asserted by Payor against Payee.

7. _Laws_. This Note shall be governed by and construed in accordance with the laws of the State of Illinois, without regard to conflicts or choice of law principles of that jurisdiction.

8. _Fees and Costs_. All costs incurred by Payee in the collection of this Note, including, without limitation, reasonable attorneys' fees, shall be paid by Payor.

9. _Termination of Note_. If the Payee violates the terms of any of the agreements executed by the Payor and Payee as part of the Practice Purchase Agreement whereby the Payee's franchise with Ameriprise Financial, Inc. or its successors or assigns is terminated then the payments required by this Promissory Note shall cease and the Payor shall have no further liability to the Payee. Payor shall then allow Payee to sell the rights to service clients and receive the revenue from the clients.

*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*

THE PAYOR AND PAYEE ACKNOWLEDGE THAT THE RIGHT TO TRIAL BY JURY IS A CONSTITUTIONAL ONE, BUT THAT IT MAY BE WAIVED, BY EACH PARTY, AFTER CONSULTING (OR HAVING HAD THE OPPORTUNITY TO CONSULT) WITH COUNSEL OF THEIR CHOICE, KNOWINGLY AND VOLUNTARILY AND FOR THEIR MUTUAL BENEFIT, AND WAIVE ANY RIGHT TO TRIAL BY JURY IN THE EVENT OF LITIGATION REGARDING THE PERFORMANCE OR ENFORCEMENT OF, OR IN ANY WAY RELATED TO THIS NOTE.

"PAYOR"

By: _____
JUSTIN A. PARKER

Acknowledged:

"PAYEE"

_____
SHAWN PARKER

JEAN HODAL
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
November 07, 2021

Signed before me on May 26, 2020

2569004

4

Your Personalized Loan Schedule

## Loan Summary

| | | | |
|---|---|---|---|
| | | | 120 |
| Loan Amount: | $16,000,000.00 | Number of Payments: | $154,497.19 |
| Annual Interest Rate: | 3.0000% | Periodic Payment: | 01/01/2021 |
| Loan Date: | 06/08/2020 | 1st Payment Due: | 12/01/2030 |
| Payment Frequency: | Monthly | Last Payment Due: | $18,771,332.06 |
| Total Interest Due: | $2,771,332.06 | Total All Payments: | |

## Payment Schedule

| #/Year | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan: | 06/08/2020 | 231,669.09 | 231,669.09 | 0.00 | 16,000,000.00 |
| 1:1 | 01/01/2021 | 154,497.19 | 40,000.00 | 114,497.19 | 15,885,502.81 |
| 2:1 | 02/01/2021 | 154,497.19 | 39,713.76 | 114,783.43 | 15,770,719.38 |
| 3:1 | 03/01/2021 | 154,497.19 | 39,426.80 | 115,070.39 | 15,655,648.99 |
| 4:1 | 04/01/2021 | 154,497.19 | 39,139.12 | 115,358.07 | 15,540,290.92 |
| 5:1 | 05/01/2021 | 154,497.19 | 38,850.73 | 115,646.46 | 15,424,644.46 |
| 6:1 | 06/01/2021 | 154,497.19 | 38,561.61 | 115,935.58 | 15,308,708.88 |
| 7:1 | 07/01/2021 | 154,497.19 | 38,271.77 | 116,225.42 | 15,192,483.46 |
| 8:1 | 08/01/2021 | 154,497.19 | 37,981.21 | 116,515.98 | 15,075,967.48 |
| 9:1 | 09/01/2021 | 154,497.19 | 37,689.92 | 116,807.27 | 14,959,160.21 |
| 10:1 | 10/01/2021 | 154,497.19 | 37,397.90 | 117,099.29 | 14,842,060.92 |
| 11:1 | 11/01/2021 | 154,497.19 | 37,105.15 | 117,392.04 | 14,724,668.88 |
| 12:1 | 12/01/2021 | 154,497.19 | 36,811.67 | 117,685.52 | 14,606,983.36 |
| | 2021 Totals: | 2,085,635.37 | 692,618.73 | 1,393,016.64 | |
| | Running Totals: | 2,085,635.37 | 692,618.73 | 1,393,016.64 | |
| 13:2 | 01/01/2022 | 154,497.19 | 36,517.46 | 117,979.73 | 14,489,003.63 |
| 14:2 | 02/01/2022 | 154,497.19 | 36,222.51 | 118,274.68 | 14,370,728.95 |
| 15:2 | 03/01/2022 | 154,497.19 | 35,926.82 | 118,570.37 | 14,252,158.58 |
| 16:2 | 04/01/2022 | 154,497.19 | 35,630.40 | 118,866.79 | 14,133,291.79 |
| 17:2 | 05/01/2022 | 154,497.19 | 35,333.23 | 119,163.96 | 14,014,127.83 |
| 18:2 | 06/01/2022 | 154,497.19 | 35,035.32 | 119,461.87 | 13,894,665.96 |
| 19:2 | 07/01/2022 | 154,497.19 | 34,736.66 | 119,760.53 | 13,774,905.43 |
| 20:2 | 08/01/2022 | 154,497.19 | 34,437.26 | 120,059.93 | 13,654,845.50 |
| 21:2 | 09/01/2022 | 154,497.19 | 34,137.11 | 120,360.08 | 13,534,485.42 |
| 22:2 | 10/01/2022 | 154,497.19 | 33,836.21 | 120,660.98 | 13,413,824.44 |
| 23:2 | 11/01/2022 | 154,497.19 | 33,534.56 | 120,962.63 | 13,292,861.81 |
| 24:2 | 12/01/2022 | 154,497.19 | 33,232.15 | 121,265.04 | 13,171,596.77 |
| | 2022 Totals: | 1,853,966.28 | 418,579.69 | 1,435,386.59 | |
| | Running Totals: | 3,939,601.65 | 1,111,198.42 | 2,828,403.23 | |
| 25:3 | 01/01/2023 | 154,497.19 | 32,928.99 | 121,568.20 | 13,050,028.57 |
| 26:3 | 02/01/2023 | 154,497.19 | 32,625.07 | 121,872.12 | 12,928,156.45 |
| 27:3 | 03/01/2023 | 154,497.19 | 32,320.39 | 122,176.80 | 12,805,979.65 |
| 28:3 | 04/01/2023 | 154,497.19 | 32,014.95 | 122,482.24 | 12,683,497.41 |
| 29:3 | 05/01/2023 | 154,497.19 | 31,708.74 | 122,788.45 | 12,560,708.96 |
| 30:3 | 06/01/2023 | 154,497.19 | 31,401.77 | 123,095.42 | 12,437,613.54 |
| 31:3 | 07/01/2023 | 154,497.19 | 31,094.03 | 123,403.16 | 12,314,210.38 |
| 32:3 | 08/01/2023 | 154,497.19 | 30,785.53 | 123,711.66 | 12,190,498.72 |
| 33:3 | 09/01/2023 | 154,497.19 | 30,476.25 | 124,020.94 | 12,066,477.78 |
| 34:3 | 10/01/2023 | 154,497.19 | 30,166.19 | 124,331.00 | 11,942,146.78 |
| 35:3 | 11/01/2023 | 154,497.19 | 29,855.37 | 124,641.82 | 11,817,504.96 |
| 36:3 | 12/01/2023 | 154,497.19 | 29,543.76 | 124,953.43 | 11,692,551.53 |
| | 2023 Totals: | 1,853,966.28 | 374,921.04 | 1,479,045.24 | |
| | Running Totals: | 5,793,567.93 | 1,486,119.46 | 4,307,448.47 | |
| 37:4 | 01/01/2024 | 154,497.19 | 29,231.38 | 125,265.81 | 11,567,285.72 |
| 38:4 | 02/01/2024 | 154,497.19 | 28,918.21 | 125,578.98 | 11,441,706.74 |
| 39:4 | 03/01/2024 | 154,497.19 | 28,604.27 | 125,892.92 | 11,315,813.82 |
| 40:4 | 04/01/2024 | 154,497.19 | 28,289.53 | 126,207.66 | 11,189,606.16 |
| 41:4 | 05/01/2024 | 154,497.19 | 27,974.02 | 126,523.17 | 11,063,082.99 |

Last payment increased by $0.17 due to rounding

Calculation method: Normal, 360 days per year

## Your Personalized Loan Schedule

### Payment Schedule

| #/Year | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 42:4 | 06/01/2024 | 154,497.19 | 27,657.71 | 126,839.48 | 10,936,243.51 |
| 43:4 | 07/01/2024 | 154,497.19 | 27,340.61 | 127,156.58 | 10,809,086.93 |
| 44:4 | 08/01/2024 | 154,497.19 | 27,022.72 | 127,474.47 | 10,681,612.46 |
| 45:4 | 09/01/2024 | 154,497.19 | 26,704.03 | 127,793.16 | 10,553,819.30 |
| 46:4 | 10/01/2024 | 154,497.19 | 26,384.55 | 128,112.64 | 10,425,706.66 |
| 47:4 | 11/01/2024 | 154,497.19 | 26,064.27 | 128,432.92 | 10,297,273.74 |
| 48:4 | 12/01/2024 | 154,497.19 | 25,743.18 | 128,754.01 | 10,168,519.73 |
| | 2024 Totals: | 1,853,966.28 | 329,934.48 | 1,524,031.80 | |
| | Running Totals: | 7,647,534.21 | 1,816,053.94 | 5,831,480.27 | |
| 49:5 | 01/01/2025 | 154,497.19 | 25,421.30 | 129,075.89 | 10,039,443.84 |
| 50:5 | 02/01/2025 | 154,497.19 | 25,098.61 | 129,398.58 | 9,910,045.26 |
| 51:5 | 03/01/2025 | 154,497.19 | 24,775.11 | 129,722.08 | 9,780,323.18 |
| 52:5 | 04/01/2025 | 154,497.19 | 24,450.81 | 130,046.38 | 9,650,276.80 |
| 53:5 | 05/01/2025 | 154,497.19 | 24,125.69 | 130,371.50 | 9,519,905.30 |
| 54:5 | 06/01/2025 | 154,497.19 | 23,799.76 | 130,697.43 | 9,389,207.87 |
| 55:5 | 07/01/2025 | 154,497.19 | 23,473.02 | 131,024.17 | 9,258,183.70 |
| 56:5 | 08/01/2025 | 154,497.19 | 23,145.46 | 131,351.73 | 9,126,831.97 |
| 57:5 | 09/01/2025 | 154,497.19 | 22,817.08 | 131,680.11 | 8,995,151.86 |
| 58:5 | 10/01/2025 | 154,497.19 | 22,487.88 | 132,009.31 | 8,863,142.55 |
| 59:5 | 11/01/2025 | 154,497.19 | 22,157.86 | 132,339.33 | 8,730,803.22 |
| 60:5 | 12/01/2025 | 154,497.19 | 21,827.01 | 132,670.18 | 8,598,133.04 |
| | 2025 Totals: | 1,853,966.28 | 283,579.59 | 1,570,386.69 | |
| | Running Totals: | 9,501,500.49 | 2,099,633.53 | 7,401,866.96 | |
| 61:6 | 01/01/2026 | 154,497.19 | 21,495.33 | 133,001.86 | 8,465,131.18 |
| 62:6 | 02/01/2026 | 154,497.19 | 21,162.83 | 133,334.36 | 8,331,796.82 |
| 63:6 | 03/01/2026 | 154,497.19 | 20,829.49 | 133,667.70 | 8,198,129.12 |
| 64:6 | 04/01/2026 | 154,497.19 | 20,495.32 | 134,001.87 | 8,064,127.25 |
| 65:6 | 05/01/2026 | 154,497.19 | 20,160.32 | 134,336.87 | 7,929,790.38 |
| 66:6 | 06/01/2026 | 154,497.19 | 19,824.48 | 134,672.71 | 7,795,117.67 |
| 67:6 | 07/01/2026 | 154,497.19 | 19,487.79 | 135,009.40 | 7,660,108.27 |
| 68:6 | 08/01/2026 | 154,497.19 | 19,150.27 | 135,346.92 | 7,524,761.35 |
| 69:6 | 09/01/2026 | 154,497.19 | 18,811.90 | 135,685.29 | 7,389,076.06 |
| 70:6 | 10/01/2026 | 154,497.19 | 18,472.69 | 136,024.50 | 7,253,051.56 |
| 71:6 | 11/01/2026 | 154,497.19 | 18,132.63 | 136,364.56 | 7,116,687.00 |
| 72:6 | 12/01/2026 | 154,497.19 | 17,791.72 | 136,705.47 | 6,979,981.53 |
| | 2026 Totals: | 1,853,966.28 | 235,814.77 | 1,618,151.51 | |
| | Running Totals: | 11,355,466.77 | 2,335,448.30 | 9,020,018.47 | |
| 73:7 | 01/01/2027 | 154,497.19 | 17,449.95 | 137,047.24 | 6,842,934.29 |
| 74:7 | 02/01/2027 | 154,497.19 | 17,107.34 | 137,389.85 | 6,705,544.44 |
| 75:7 | 03/01/2027 | 154,497.19 | 16,763.86 | 137,733.33 | 6,567,811.11 |
| 76:7 | 04/01/2027 | 154,497.19 | 16,419.53 | 138,077.66 | 6,429,733.45 |
| 77:7 | 05/01/2027 | 154,497.19 | 16,074.33 | 138,422.86 | 6,291,310.59 |
| 78:7 | 06/01/2027 | 154,497.19 | 15,728.28 | 138,768.91 | 6,152,541.68 |
| 79:7 | 07/01/2027 | 154,497.19 | 15,381.35 | 139,115.84 | 6,013,425.84 |
| 80:7 | 08/01/2027 | 154,497.19 | 15,033.56 | 139,463.63 | 5,873,962.21 |
| 81:7 | 09/01/2027 | 154,497.19 | 14,684.91 | 139,812.28 | 5,734,149.93 |
| 82:7 | 10/01/2027 | 154,497.19 | 14,335.37 | 140,161.82 | 5,593,988.11 |
| 83:7 | 11/01/2027 | 154,497.19 | 13,984.97 | 140,512.22 | 5,453,475.89 |
| 84:7 | 12/01/2027 | 154,497.19 | 13,633.69 | 140,863.50 | 5,312,612.39 |
| | 2027 Totals: | 1,853,966.28 | 186,597.14 | 1,667,369.14 | |
| | Running Totals: | 13,209,433.05 | 2,522,045.44 | 10,687,387.61 | |
| 85:8 | 01/01/2028 | 154,497.19 | 13,281.53 | 141,215.66 | 5,171,396.73 |
| 86:8 | 02/01/2028 | 154,497.19 | 12,928.49 | 141,568.70 | 5,029,828.03 |
| 87:8 | 03/01/2028 | 154,497.19 | 12,574.57 | 141,922.62 | 4,887,905.41 |
| 88:8 | 04/01/2028 | 154,497.19 | 12,219.76 | 142,277.43 | 4,745,627.98 |
| 89:8 | 05/01/2028 | 154,497.19 | 11,864.07 | 142,633.12 | 4,602,994.86 |
| 90:8 | 06/01/2028 | 154,497.19 | 11,507.49 | 142,989.70 | 4,460,005.16 |

Last payment increased by $0.17 due to rounding

Calculation method: Normal, 360 days per year

financial-calculators.com

https://financial

Personalized Loan Schedule

## Payment Schedule

| #/Year | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 91:8 | 07/01/2028 | 154,497.19 | 11,150.01 | 143,347.18 | 4,316,657.98 |
| 92:8 | 08/01/2028 | 154,497.19 | 10,791.64 | 143,705.55 | 4,172,952.43 |
| 93:8 | 09/01/2028 | 154,497.19 | 10,432.38 | 144,064.81 | 4,028,887.62 |
| 94:8 | 10/01/2028 | 154,497.19 | 10,072.22 | 144,424.97 | 3,884,462.65 |
| 95:8 | 11/01/2028 | 154,497.19 | 9,711.16 | 144,786.03 | 3,739,676.62 |
| 96:8 | 12/01/2028 | 154,497.19 | 9,349.19 | 145,148.00 | 3,594,528.62 |
| | 2028 Totals: | 1,853,966.28 | 135,882.51 | 1,718,083.77 | |
| | Running Totals: | 15,063,399.33 | 2,657,927.95 | 12,405,471.38 | |
| 97:9 | 01/01/2029 | 154,497.19 | 8,986.32 | 145,510.87 | 3,449,017.75 |
| 98:9 | 02/01/2029 | 154,497.19 | 8,622.54 | 145,874.65 | 3,303,143.10 |
| 99:9 | 03/01/2029 | 154,497.19 | 8,257.86 | 146,239.33 | 3,156,903.77 |
| 100:9 | 04/01/2029 | 154,497.19 | 7,892.26 | 146,604.93 | 3,010,298.84 |
| 101:9 | 05/01/2029 | 154,497.19 | 7,525.75 | 146,971.44 | 2,863,327.40 |
| 102:9 | 06/01/2029 | 154,497.19 | 7,158.32 | 147,338.87 | 2,715,988.53 |
| 103:9 | 07/01/2029 | 154,497.19 | 6,789.97 | 147,707.22 | 2,568,281.31 |
| 104:9 | 08/01/2029 | 154,497.19 | 6,420.70 | 148,076.49 | 2,420,204.82 |
| 105:9 | 09/01/2029 | 154,497.19 | 6,050.51 | 148,446.68 | 2,271,758.14 |
| 106:9 | 10/01/2029 | 154,497.19 | 5,679.40 | 148,817.79 | 2,122,940.35 |
| 107:9 | 11/01/2029 | 154,497.19 | 5,307.35 | 149,189.84 | 1,973,750.51 |
| 108:9 | 12/01/2029 | 154,497.19 | 4,934.38 | 149,562.81 | 1,824,187.70 |
| | 2029 Totals: | 1,853,966.28 | 83,625.36 | 1,770,340.92 | |
| | Running Totals: | 16,917,365.61 | 2,741,553.31 | 14,175,812.30 | |
| 109:10 | 01/01/2030 | 154,497.19 | 4,560.47 | 149,936.72 | 1,674,250.98 |
| 110:10 | 02/01/2030 | 154,497.19 | 4,185.63 | 150,311.56 | 1,523,939.42 |
| 111:10 | 03/01/2030 | 154,497.19 | 3,809.85 | 150,687.34 | 1,373,252.08 |
| 112:10 | 04/01/2030 | 154,497.19 | 3,433.13 | 151,064.06 | 1,222,188.02 |
| 113:10 | 05/01/2030 | 154,497.19 | 3,055.47 | 151,441.72 | 1,070,746.30 |
| 114:10 | 06/01/2030 | 154,497.19 | 2,676.87 | 151,820.32 | 918,925.98 |
| 115:10 | 07/01/2030 | 154,497.19 | 2,297.31 | 152,199.88 | 766,726.10 |
| 116:10 | 08/01/2030 | 154,497.19 | 1,916.82 | 152,580.37 | 614,145.73 |
| 117:10 | 09/01/2030 | 154,497.19 | 1,535.36 | 152,961.83 | 461,183.90 |
| 118:10 | 10/01/2030 | 154,497.19 | 1,152.96 | 153,344.23 | 307,839.67 |
| 119:10 | 11/01/2030 | 154,497.19 | 769.60 | 153,727.59 | 154,112.08 |
| 120:10 | 12/01/2030 | 154,497.36 | 385.28 | 154,112.08 | 0.00 |
| | 2030 Totals: | 1,853,966.45 | 29,778.75 | 1,824,187.70 | |
| | Running Totals: | 18,771,332.06 | 2,771,332.06 | 16,000,000.00 | |

Last payment increased by $0.17 due to rounding

Calculation method: Normal, 360 days per year

financial-calculators.com